DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendants
SYSTEM TRANSPORT, INC. d.b.a. INTERIOR TRANSPORT
and JEFFREY STEVEN HELMBERGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEANE LOUISE WILLIAMS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SYSTEM TRANSPORT, INC. d.b.a.<br>INTERIOR TRANSPORT; JEFFREY STEVEN<br>HELMBERGER, et al.,<br><br>　　　　　Defendants. | CASE NO.  2:05-CV-00324-GEB-DAD |

**STIPULATION AND ORDER PERMITTING**

**DEFENDANTS TO FILE AMENDED ANSWER**

The parties by and through their counsel of record hereby stipulate to a court order permitting defendants to file an amended answer. The purpose of this stipulation is to permit the defendants to raise certain affirmative defenses which were inadvertently omitted from defendants original answer. The proposed answer is attached hereto as Exhibit "A".

DATED: April ____, 2005           DIEPENBROCK & COTTER, LLP


By: /s/
JOHN P. COTTER
Attorneys for Defendants
SYSTEM TRANSPORT, INC. d.b.a.
INTERIOR TRANSPORT
and JEFFREY STEVEN
HELMBERGER

DATED: April ____, 2005           VANTASSAL, FORNASERO &
                                  WAGSTAFFE LLP


By: /s/
PAUL WAGSTAFFE
Attorneys for Plaintiff
DENEANE LOUISE WILLIAMS

**ORDER**

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that defendants shall be permitted to file an amended answer.

Dated: May 6, 2005

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```