Paul J. Wagstaffe #120398
VanTassell, Fornasero & Wagstaffe, LLP
Attorneys at Law
917 G Street
Sacramento, CA 95814-1899
Telephone:  (916) 444-8633
Telecopier:  (916) 444-2981
Attorney for Plaintiff(s)
DENEANE LOUISE WILLLIAMS

John P. Cotter, Esq.
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Suite 201
Sacramento, CA 95815
Telephone:  (916) 565-6222
Telecopier:  (916) 565-6220
Attorneys for Defendant(s)
SYSTEM TRANSPORT, INC., d.b.a.
INTERIOR TRASPORT and JEFFREY
STEVEN HELMBERGER

# IN THE UNITED STATES DISTICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEANE LOUISE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>SYSTEM TRANSPORT, INC., d.b.a.<br>INTERIOR TRANSPORT; JEFFREY<br>STEVEN HELMBERGER,<br><br>Defendant. | No.:   CIV. S-05-324 GEB DAD<br><br>**STIPULATION AND ORDER TO EXTEND EARLY NEUTRAL EVALUATION COMPLETION DATE** |

COMES NOW plaintiff DENEANE LOUISE WILLIAMS, and defendants SYSTEM TRANSPORT INCORPORATED, d/b/a INTERIOR TRANSPORT, their attorneys of record, the undersigned, and hereby request that the early neutral evaluation completion date be extended to October 31, 2005 for the following reasons:

///

1.  On June 10, 2005, the parties conducted a telephone conference with Gerald J. Adler, Esquire, who is the chosen neutral evaluator, wherein the parties discussed procedures for the early neutral evaluation scheduled for August 18, 2005.

2.  Both parties were to have depositions completed in preparation of the early neutral evaluation before August 18, 2005, but due to a calendaring error, the depositions of Dr. William Duffy and defendant Jeffrey Steven Helmberger had not been scheduled in time.

3.  Plaintiff's counsel contacted the chosen neutral evaluator Gerry Adler, and advised of this error.  Mr. Adler advised that the completion date for the early neutral evaluation is August 29, 2005, following which contact with the court was to be made no later than September 1, 2005 as to the outcome of the early neutral evaluator.

4.  Defendant's counsel has now scheduled the deposition of Dr. William Duffy for September 28, 2005, at 5:00 p.m.

5.  Plaintiff's counsel is coordinating a date with defendant's counsel to schedule the deposition of Jeffrey Steven Helmberger, for a date prior to that of Dr. Duffy's deposition.

6.  Both parties have completed the initial disclosures and written discovery and plaintiff's deposition has also been completed.

7.  For these reasons, the parties request that the early neutral evaluation completion date be extended to such a time so as to allow the parties to receive the necessary deposition transcripts by extending the completion date of October 31, 2005.

///

///

DATED: SEPTEMBER _____, 2005          VANTASSELL, FORNASERO & WAGSTAFFE, LLP

                                                   BY: _____
                                                           PAUL J. WAGSTAFFE
                                                           Attorneys for Plaintiff
                                                           DENEANE LOUISE WILLIAMS

DATED: SEPTEMBER _____, 2005          DIEPENBROCK & COTTER, LLP

                                                   BY: _____
                                                         JOHN P. COTTER
                                                         Attorneys for Defendants
                                                         SYSTEM TRANSPORT, INC., d.b.a.
                                                         INTERIOR TRANSPORT
                                                         And JEFFREY STEVEN HELMBERGER

As the early neutral evaluator, I consent to the above request to extend the early neutral evaluation completion date to October 31, 2005.

DATED: September _____, 2005

                                                          _____
                                                          GERALD J. ADLER

## ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ordered that the early neutral evaluation completion date be extended no later than October 31, 2005.

DATED: September 14, 2005                  **/s/ Garland E. Burrell, Jr.**
                                                         **GARLAND E. BURRELL, JR.**
                                                         **United States District Judge**

STIPULATION AND ORDER TO EXTEND EARLY NEUTRAL    WILLIAMS V. SYSTEM TRANSPORT, INC., ET AL.
EVALUATION COMPLETION DATE