IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEANE LOUISE WILLIAMS,<br><br>                Plaintiff,<br><br>   v.<br><br>SYSTEM TRANSPORT, INC., d/b/a<br>INTERIOR TRANSPORT; JEFFREY STEVEN<br>HELMBERGER,<br><br>                Defendants. | 2:05-cv-0324-GEB-DAD<br><br><br>ORDER |

      On October 16, 2006, defense counsel filed a declaration in which he explains he "was unable to confer with [P]laintiff's counsel and complete the [joint pre-trial statement that was due October 16, 2006,] due to the death of [his] mother on October 7, 2006[,] in the Los Angeles area." (Cotter Decl. ¶ 3.) Defense counsel requests "the parties be granted an extension of time up to and including October 20, 2006[,] to file the joint pre-trial statement." (Id. ¶ 5.) The request is granted, and the final pretrial conference previously

/////
/////
/////
/////

1

1 scheduled for October 23, 2006, is rescheduled to commence at
2 11:00 a.m. on November 6, 2006.
3       IT IS SO ORDERED.
4 Dated:  October 17, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge