IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENEANE LOUISE WILLIAMS,

    Plaintiff,                   No. CIV S-05-0324 GEB/DAD

    vs.

SYSTEM TRANSPORT, INC.,
dba INTERIOR TRANSPORT; JEFFREY
STEVEN HELMBERGER,

    Defendants.               ORDER
_____/

    Pursuant to court order, a Settlement Conference was conducted before the undersigned on November 30, 2006. Good cause appearing, a further Settlement Conference is now SET for December 22, 2006 at 10:00 a.m. in Courtroom No. 25. Plaintiff and defendant's principal shall appear in person for the further settlement proceedings.

    IT IS SO ORDERED.

DATED: December 1, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE