IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENEANE LOUISE WILLIAMS,

      Plaintiff,                      No. CIV S-05-0324 GEB/DAD

      vs.

SYSTEM TRANSPORT, INC.,
dba INTERIOR TRANSPORT;
JEFFREY STEVEN HELMBERGER,
et al.,                              ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on December 22, 2006, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than fifteen (15) days from the date of this order.

      All hearing dates set in this matter, including the jury trial currently set before the Honorable Garland E. Burrell, Jr. on January 23, 2007, are **VACATED.**

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4  IT IS SO ORDERED.
5  DATED: December 22, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE